LESLIE MULLIN ET AL. *v.* GUIDANT CORPORATION

The plaintiffs' petition for certification for appeal from the Appellate Court, 114 Conn. App. 279 (AC 29829), is denied.

*Harold J. Geragosian,* in support of the petition.

*Frank H. Santoro, R. Cornelius Danaher, Jr.,* and *Calum B. Anderson,* in opposition.

Decided July 8, 2009

STATE OF CONNECTICUT *v.* HAKIM RASHEED JEFFERSON

The defendant's petition for certification for appeal from the Appellate Court, 114 Conn. App. 566 (AC 29892), is denied.

*Pamela S. Nagy,* special public defender, in support of the petition.

*James A. Killen,* senior assistant state's attorney, in opposition.

Decided July 8, 2009